**FILED**

DEC 09 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10-23-25

Hello, I am Jason Harmon (#Ag2873) and you have accidentally made me the Plaintiff in the following two civil cases: 3:25-cv-08500-PHK AND 3:25-cv-08543-PHK.

I initially mailed you 25-8543-PHK several months ago. Then I wrote to you asking for a copy of my complaint and you wrote me to notify that you had no record of my complaint. Because you said you had never received my complaint. I wrote another complaint. Then in October you sent me copies of two complaints, one of which is the missing complaint.

Long story short, I only need one complaint on file. Please keep 3:25-cv-08543-PHK on file and process it accordingly, and disregard 3:25-cv-08500-PHK. Please review your correspondence with me so you know this is not my fault. I cannot have two filing fees assessed when all I need is one civil suit prosecuted.

Thank You, P.S. Please confirm receipt of this correspondence.

Sincerely Jason S. Harmon

(J)Cr # Ag2873.

Jason Harmon #AG-2873
P.O. Box 213040
Stockton, CA 92513

SACRAMENTO CA 957

6 DEC 2025   PM 5   L



**RECEIVED**

**DEC 09 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk U.S. District Court
280 South First Street RM 2112
San Jose, CA 95113-9866

LEGAL
MAIL

95113-300837

F. Yang   12/4/25   91898